# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TUCKER, PETRESE B. | PA-EASTERN DISTRICT | 07/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE (ACTIVE} | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

ROOM 16613 US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1751

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | ▨ ESTATE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM-RETIREMENT PLAN | $27,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ADMINISTRATIVE OFFICE OF PA COURTS-COMMON PLEAS COURT JUDGE SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. LAND-HALIFAX COUNTY, VA | | None | L | W | | | | | |
| 2. BRYN MAWR TRUST | A | Interest | J | T | | | | | |
| 3. BANK OF AMERICA CASH ACCOUNT | | None | J | T | | | | | |
| 4. BLF FEDERAL FUND CASH RESERVE | A | Interest | K | T | | | | | |
| 5. AARONS (X) | A | Dividend | J | T | | | | | |
| 6. ACADIA | A | Dividend | J | T | | | | | |
| 7. ABBOTT LABS | A | Dividend | J | T | Sold (part) | 02/07/19 | J | A | |
| 8. ABBVIE | A | Dividend | J | T | Sold (part) | 07/31/19 | J | A | |
| 9. ACCENTURE | A | Dividend | J | T | Sold (part) | 09/11/19 | J | B | |
| 10. ADVANCED ENERGY | A | Dividend | J | T | | | | | |
| 11. AERIE PHARM | A | Dividend | J | T | | | | | |
| 12. AIR PRODUCTS | A | Dividend | J | T | Sold (part) | 07/11/19 | J | A | |
| 13. ALAMO | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 14. AUTOMATIC DATA PROCESSING | A | Dividend | J | T | | | | | |
| 15. ALLIANZ | A | Dividend | J | T | | | | | |
| 16. ALLERGAN | A | Dividend | J | T | Sold (part) | 10/01/19 | J | | |
| 17. ALTRIA GROUP | A | Dividend | J | T | Sold (part) | 09/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   AMARIN | A | Dividend | | | Buy | 10/25/19 | J | | |
| 19. | | | | | Sold | 12/16/19 | J | A | |
| 20.   AMERICAN EXPRESS | A | Dividend | J | T | | | | | |
| 21.   AMEREN | A | Dividend | J | T | | | | | |
| 22.   AMGEN | A | Dividend | J | T | Sold<br>(part) | 07/11/19 | J | A | |
| 23.   AMERICAS CAR MART | A | Dividend | | | Buy | 09/10/19 | J | | |
| 24. | | | | | Sold | 10/28/19 | J | A | |
| 25.   AMERISAFE | A | Dividend | | | Sold | 10/28/19 | J | A | |
| 26.   AMN HEALTHCARE SVCS | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 27.   AMN ELEC POWER | A | Dividend | J | T | | | | | |
| 28.   ANTHEM (Y) | | | | | | | | | |
| 29.   AON | A | Dividend | J | T | | | | | |
| 30.   APPLE | A | Dividend | K | T | Sold<br>(part) | 04/17/19 | J | B | |
| 31.   ARTISAN PARTNERS | A | Dividend | | | Sold | 10/25/19 | J | | |
| 32.   ASTRAZENECA | A | Dividend | J | T | Sold<br>(part) | 12/26/19 | J | A | |
| 33.   ASGN | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 34.   ASSURED GUARANTY (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35.  AXA | A | Dividend | J | T | | | | | |
| 36.  AT&T | A | Dividend | J | T | | | | | |
| 37.  B B & T (Y) | | | | | | | | | |
| 38.  BAE SYS | A | Dividend | J | T | | | | | |
| 39.  BALSHEM CORP | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 40.  BANK OF THE OZARKS | A | Dividend | J | T | | | | | |
| 41.  BASF | A | Dividend | J | T | | | | | |
| 42.  BCE | A | Dividend | J | T | | | | | |
| 43.  BECTON DICKINSON | A | Dividend | J | T | | | | | |
| 44.  BLACKROCK | A | Dividend | J | T | Sold (part) | 10/25/19 | J | A | |
| 45.  BRITISH AMN TOBACO | A | Dividend | J | T | | | | | |
| 46.  BERKSHIRE HATHAWAY | A | Dividend | J | T | | | | | |
| 47.  BROADCOM | A | Dividend | J | T | | | | | |
| 48.  BLACK HILLS (X) | A | Dividend | J | T | | | | | |
| 49.  BLUCORA (X) | A | Dividend | J | T | | | | | |
| 50.  BRANDYWIND REALTY (X) | A | Dividend | J | T | | | | | |
| 51.  BRIGHAM MINERALS (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  CADENCE (X) | A | Dividend | J | T | | | | | |
| 53.  CARNIVAL | A | Dividend | J | T | Buy<br>(add'l) | 05/17/19 | J | | |
| 54. | | | | | Sold | 10/23/19 | J | | |
| 55.  CENTERPOINT | A | Dividend | J | T | | | | | |
| 56.  CAVCO | A | Dividend | | | Buy | 06/04/19 | J | | |
| 57. | | | | | Sold | 10/25/19 | J | A | |
| 58.  CHEVRON | A | Dividend | J | T | | | | | |
| 59.  CHUBB | A | Dividend | J | T | | | | | |
| 60.  CIGNA | A | Dividend | J | T | | | | | |
| 61.  CINN FINCL | A | Dividend | J | T | Sold<br>(part) | 12/02/19 | J | A | |
| 62.  CISCO SYSTEMS | A | Dividend | K | T | Sold<br>(part) | 08/08/19 | J | A | |
| 63.  CIE GENERALE | A | Dividend | J | T | | | | | |
| 64.  CITIGROUP | A | Dividend | J | T | | | | | |
| 65.  COCA COLA | A | Dividend | J | T | | | | | |
| 66.  CME | A | Dividend | J | T | Sold<br>(part) | 12/26/19 | J | A | |
| 67.  COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 68.  COLLIERS INTERNTL | A | Dividend | | | Sold | 10/28/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. COMCAST | A | Dividend | K | T | | | | | |
| 70. CONTINENTAL BLDG | A | Dividend | | | Buy | 10/28/19 | J | | |
| 71. | | | | | Sold | 11/21/19 | J | A | |
| 72. CREDIT ACCEPTANCE CORP | | None | | | Sold | 10/25/19 | J | C | |
| 73. CUBIC CORP | A | Dividend | | | Buy | 06/04/19 | J | | |
| 74. | | | | | Sold | 10/25/19 | J | A | |
| 75. CVS HEALTH CORP | A | Dividend | | | Sold | 11/05/19 | J | | |
| 76. CROWN CASTLE REIT | A | Dividend | J | T | | | | | |
| 77. CYRUSONE | A | Dividend | J | T | Sold<br>(part) | 08/21/19 | J | A | |
| 78. CHUYS HLDGS (X) | A | Dividend | J | T | | | | | |
| 79. COMML METALS (X) | A | Dividend | J | T | | | | | |
| 80. COMMVAULT (X) | A | Dividend | J | T | | | | | |
| 81. COVETRUS (X) | A | Dividend | J | T | | | | | |
| 82. DANAHER CORP | A | Dividend | J | T | Sold<br>(part) | 03/06/19 | J | A | |
| 83. DARDEN (X) | A | Dividend | J | T | | | | | |
| 84. DELTA (X) | A | Dividend | J | T | | | | | |
| 85. DEUTSCHE POST | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. DEUTSCHE TELE | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 87. DIAGEO PLC | A | Dividend | J | T | Sold (part) | 02/26/19 | J | A | |
| 88. DOMINION ENERGY | A | Dividend | J | T | | | | | |
| 89. DIAMOND HILL INV | | None | | | Sold | 10/25/19 | J | | |
| 90. DISNEY | A | Dividend | J | T | | | | | |
| 91. DISCOVER FINCL (Y) | | | | | | | | | |
| 92. DORMAN PRODUCTS | | None | | | Sold | 10/25/19 | J | A | |
| 93. DREW INDUSTRIES (Y) | | | | | | | | | |
| 94. DUKE ENERGY | A | Dividend | J | T | Sold (part) | 12/13/19 | J | A | |
| 95. DOW (X) | A | Dividend | J | T | | | | | |
| 96. DOWDUPONT (Y) | | | | | | | | | |
| 97. DXC TECH | A | Dividend | | | Sold | 06/26/19 | J | | |
| 98. DYCOM INDS | | None | | | Sold | 02/20/19 | J | | |
| 99. DUPONT (X) | A | Dividend | J | T | | | | | |
| 100. EATON CORP | A | Dividend | J | T | Sold (part) | 12/26/19 | J | A | |
| 101. ELI LILLY & CO | A | Dividend | J | T | | | | | |
| 102. EMERSON ELECTRIC | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  ENERSYS | A | Dividend | | | Sold | 10/25/19 | J | | |
| 104.  EOG RESOURCES | A | Dividend | J | T | | | | | |
| 105.  EXXON MOBIL | A | Dividend | J | T | | | | | |
| 106.  ENTERGY | A | Dividend | J | T | | | | | |
| 107.  EXPONENT | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 108.  EPLUS | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 109.  ENVESTNET | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 110.  ENCOMPASS HEALTH (X) | A | Dividend | J | T | | | | | |
| 111.  ENCORE CAPITAL (X) | A | Dividend | J | T | | | | | |
| 112.  ENPRO INDS (X) | A | Distribution | J | T | | | | | |
| 113.  ESSENT GRP (X) | A | Dividend | J | T | | | | | |
| 114.  EVERTEC (X) | A | Dividend | J | T | | | | | |
| 115.  FASTENAL CO | A | Dividend | J | T | | | | | |
| 116.  FIDELITY NATL INFO SERVICES | A | Dividend | J | T | | | | | |
| 117.  FISERV | | None | J | T | | | | | |
| 118.  FOX FACTORY HLDG | | None | | | Sold | 10/25/19 | J | B | |
| 119.  FRANKLIN RES | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. FIRST INTST | A | Dividend | J | T | | | | | |
| 121. FIRST ENERGY | A | Dividend | J | T | | | | | |
| 122. FIRST SVC | A | Dividend | | | Sold | 10/25/19 | J | C | |
| 123. FNDTN BLDG MAT (X) | A | Dividend | J | T | | | | | |
| 124. GALLAGHER ARTHUR J & CO (X) | A | Dividend | | | Sold | 08/30/19 | J | A | |
| 125. GENERAL MILLS | A | Dividend | | | Sold | 06/07/19 | J | | |
| 126. GENERAL DYNAMICS | A | Dividend | | | Sold | 05/31/19 | J | A | |
| 127. GOLDMAN SACHS GROUP | A | Dividend | J | T | Sold (part) | 05/22/19 | J | A | |
| 128. GLAXOSMITH KLINE | A | Dividend | J | T | | | | | |
| 129. GATX (X) | A | Dividend | J | T | | | | | |
| 130. GRAY TELEVISION (X) | A | Dividend | J | T | | | | | |
| 131. GREAT WESTN (X) | A | Dividend | J | T | | | | | |
| 132. H AND E EQUIP | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 133. HASBRO | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 134. HEICO CORP | A | Dividend | | | Sold | 10/25/19 | J | C | |
| 135. HELEN OF TROY LTD | | None | | | Sold | 10/25/19 | J | B | |
| 136. HOME BANCSHARES | A | Dividend | | | Sold | 10/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HOME DEPOT | A | Dividend | J | T | | | | | |
| 138. HONEYWELL INTL | A | Dividend | J | T | Sold (part) | 02/22/19 | J | A | |
| 139. HOOKER FURNITURE (Y) | | | | | | | | | |
| 140. HEALTHEQUITY (X) | A | Dividend | J | T | | | | | |
| 141. HUDSON (X) | A | Dividend | J | T | | | | | |
| 142. HP | A | Dividend | | | Sold | 10/18/19 | J | | |
| 143. ILLINOIS TOOL WORKS | A | Dividend | J | T | | | | | |
| 144. ICF INTL | A | Dividend | J | T | | | | | |
| 145. INTEL CORP | A | Dividend | J | T | | | | | |
| 146. IMPERIAL BRANDS | A | Dividend | J | T | | | | | |
| 147. INGERSOLL RAND | A | Dividend | J | T | | | | | |
| 148. INSTALLED BUILDING PROD | | None | | | Sold | 10/25/19 | J | A | |
| 149. IRON MTN | A | Dividend | J | T | | | | | |
| 150. INSPERITY | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 151. IBM (X) | A | Dividend | J | T | | | | | |
| 152. INTER PARFUMS (X) | A | Dividend | J | T | | | | | |
| 153. ITRON (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. INTL FLAVORS | A | Dividend | J | T | | | | | |
| 155. INTRA CELLULAR THERAPIES (X) | A | Dividend | | | Sold | 12/23/19 | J | B | |
| 156. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 157. JOHNSON CONTROLS | A | Dividend | J | T | Sold (part) | 11/14/19 | J | | |
| 158. JPMORGAN CHASE | A | Dividend | K | T | | | | | |
| 159. JOHN BEAN TECH | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 160. KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 161. KINDER MORGAN | A | Dividend | J | T | | | | | |
| 162. KLX (Y) | | | | | | | | | |
| 163. K12 (X) | A | Dividend | J | T | | | | | |
| 164. KITE REALTY (X) | A | Dividend | J | T | | | | | |
| 165. LCI INDUSTRIES | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 166. LEGACYTEXAS FINL | A | Dividend | | | Sold | 06/21/19 | J | A | |
| 167. LITHIA MOTORS | A | Dividend | J | T | Sold (part) | 10/25/19 | J | A | |
| 168. LOCKHEED MARTIN | A | Dividend | K | T | | | | | |
| 169. LOWES | A | Dividend | J | T | | | | | |
| 170. LYONDELLBASELL IND | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. LEAR (X) | A | Dividend | J | T | | | | | |
| 172. LAS VEGAS SANDS (X) | A | Dividend | J | T | | | | | |
| 173. LANDSTAR (X) | A | Dividend | J | T | | | | | |
| 174. LEXINGTON REALTY (X) | A | Dividend | J | T | | | | | |
| 175. LLOYDS (X) | A | Dividend | J | T | | | | | |
| 176. LINDE (X) | A | Dividend | J | T | | | | | |
| 177. MADISON SQUARE GARDEN | | None | | | Sold | 10/25/19 | J | B | |
| 178. MARSH & MCLENNAN | A | Dividend | J | T | Sold<br>(part) | 02/08/19 | J | A | |
| 179. MAXIM INTEGRATED PRODUCTS | A | Dividend | J | T | | | | | |
| 180. MCCORMICK NON VTG | | None | | | Sold | 02/05/19 | J | A | |
| 181. MCDONALDS | A | Dividend | J | T | Sold<br>(part) | 08/26/19 | J | A | |
| 182. MCKESSON | A | Dividend | J | T | | | | | |
| 183. MEDTRONIC | A | Dividend | J | T | | | | | |
| 184. MERCK & CO | A | Dividend | J | T | | | | | |
| 185. METLIFE | A | Dividend | J | T | Sold<br>(part) | 02/13/19 | J | A | |
| 186. MEDPACE HLDGS | | None | | | Sold | 10/25/19 | J | A | |
| 187. MICROSOFT | A | Dividend | K | T | Sold<br>(part) | 12/20/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  MUNCHENER RUECK | A | Dividend | J | T | Sold<br>(part) | 12/27/19 | J | A | |
| 189.  MAIN STREET CAP (X) | A | Dividend | J | T | | | | | |
| 190.  MARTEN TRANSP (X) | A | Dividend | J | T | | | | | |
| 191.  MATADOR (X) | A | Dividend | J | T | | | | | |
| 192.  MONRO (X) | A | Dividend | J | T | | | | | |
| 193.  MRC GLOBAL (X) | A | Dividend | J | T | | | | | |
| 194.  MURPHY USA (X) | A | Dividend | J | T | | | | | |
| 195.  MONDELEZ | A | Dividend | J | T | | | | | |
| 196.  NASDAQ OMX GRP | A | Dividend | J | T | | | | | |
| 197.  NATIONAL GENERAL | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 198.  NATIONAL GRID | A | Dividend | J | T | | | | | |
| 199.  NEENAH PAPER | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 200.  NEOGEN | | None | | | Sold | 10/25/19 | J | A | |
| 201.  NESTLE | A | Dividend | J | T | | | | | |
| 202.  NEWMARKET CORP | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 203.  NEXTERA ENERGY | A | Dividend | K | T | Sold<br>(part) | 10/04/19 | J | B | |
| 204.  NEW FSV CORP (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. NIELSEN HOLDINGS (Y) | | | | | | | | | |
| 206. NORFOLK SOUTHERN | A | Dividend | J | T | | | | | |
| 207. NORTHROP GRUMMAN | A | Dividend | J | T | | | | | |
| 208. NOVARTIS | A | Dividend | J | T | | | | | |
| 209. NV5 GLOBAL | A | Dividend | | | Buy | 06/21/19 | J | | |
| 210. | | | | | Sold | 10/28/19 | J | | |
| 211. NLIGHT (X) | A | Dividend | J | T | | | | | |
| 212. OMNICELL | A | Dividend | | | Buy | 01/07/19 | J | | |
| 213. | | | | | Sold | 10/25/19 | J | A | |
| 214. OCCIDENTAL PETE (Y) | | | | | | | | | |
| 215. ORKLA AS A | A | Dividend | J | T | | | | | |
| 216. ONEMAIN HLDGS (X) | A | Dividend | J | T | | | | | |
| 217. ONE SPA WORLD (X) | A | Dividend | J | T | | | | | |
| 218. OPORTUN FINCL (X) | A | Dividend | J | T | | | | | |
| 219. OUTFRONT MEDIA (X) | A | Dividend | J | T | | | | | |
| 220. OXFORD IND (X) | A | Dividend | J | T | | | | | |
| 221. PACCAR | A | Dividend | J | T | Sold<br>(part) | 04/04/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. PACKAGING CORP OF AM | A | Dividend | | | Sold | 11/19/19 | J | A | |
| 223. PALOMAR HLDGS | | None | | | Buy | 10/25/19 | J | | |
| 224. | | | | | Sold | 12/16/19 | J | A | |
| 225. PATRICK INDS | | None | | | Sold | 10/25/19 | J | A | |
| 226. PAYCHEX | A | Dividend | J | T | Sold<br>(part) | 12/27/19 | J | A | |
| 227. PPL CORP | A | Dividend | J | T | | | | | |
| 228. PEMBINA PIPELINE | A | Dividend | J | T | | | | | |
| 229. PEPSICO | A | Dividend | K | T | | | | | |
| 230. PFIZER | A | Dividend | K | T | Sold<br>(part) | 11/13/19 | J | B | |
| 231. PETIQ (X) | A | Dividend | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 232. | | | | | Sold | 10/25/19 | J | | |
| 233. PHILIPS 66 | A | Dividend | J | T | | | | | |
| 234. PHILIP MORRIS INTL | A | Dividend | J | T | Sold<br>(part) | 03/29/19 | J | | |
| 235. PNC FINCL SERVICES | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | A | |
| 236. PPG INDUSTRIES | A | Dividend | J | T | | | | | |
| 237. PRA GROUP | | None | | | Sold | 10/28/19 | J | | |
| 238. PRUDENTIAL FINCL (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. PUBLIC STORAGE (Y) | | | | | | | | | |
| 240. PATTERSON UTI (X) | A | Dividend | J | T | | | | | |
| 241. PNM RESOURCES (X) | A | Dividend | J | T | | | | | |
| 242. POT LATCH DELTIC (X) | A | Dividend | J | T | | | | | |
| 243. PRO ASSURANCE (X) | A | Dividend | J | T | | | | | |
| 244. QUINSTREET (X) | A | Dividend | J | T | | | | | |
| 245. QUOTIENT (X) | A | Dividend | J | T | | | | | |
| 246. REALPAGE | | None | | | Sold | 10/25/19 | J | A | |
| 247. REMAX HLDGS | A | Dividend | | | Sold | 08/15/19 | J | | |
| 248. REALTY INCM | A | Dividend | J | T | Sold<br>(part) | 07/02/19 | J | A | |
| 249. RED ELECTRICA CORP | A | Dividend | | | Sold | 04/16/19 | J | A | |
| 250. ROCHE HLDG | A | Dividend | J | T | Sold<br>(part) | 12/13/19 | J | A | |
| 251. REV GROUP (Y) | | | | | | | | | |
| 252. RLI CORP ILLINOIS | A | Dividend | | | Sold | 10/28/19 | J | B | |
| 253. ROGERS COMM (Y) | | | | | | | | | |
| 254. ROYAL BANK CANADA (Y) | | | | | | | | | |
| 255. ROYAL DUTCH SHELL | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. RAPID 7 ORD (X) | A | Dividend | J | T | | | | | |
| 257. RUSH ENTER (X) | A | Dividend | J | T | | | | | |
| 258. R1 RCM (X) | A | Dividend | J | T | | | | | |
| 259. SANOFI | A | Dividend | J | T | Sold<br>(part) | 12/13/19 | J | A | |
| 260. SCHLUMBERGER LTD | A | Dividend | | | Buy<br>(add'l) | 01/08/19 | J | | |
| 261. | | | | | Sold | 11/07/19 | J | | |
| 262. SOUTHERN | A | Dividend | J | T | | | | | |
| 263. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 264. SIMON PROP GRP | A | Dividend | J | T | | | | | |
| 265. STARBUCKS | | None | J | T | | | | | |
| 266. STATE STREET | A | Dividend | J | T | Sold<br>(part) | 11/21/19 | J | | |
| 267. SWISSCOM (Y) | | | | | | | | | |
| 268. STANLEY BLACK & DECKER (X) | A | Dividend | J | T | | | | | |
| 269. SUNCOR (X) | A | Dividend | J | T | | | | | |
| 270. SYSCO (X) | A | Dividend | J | T | | | | | |
| 271. SANDERSON FARMS (X) | A | Dividend | J | T | | | | | |
| 272. SEMTECH (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SERVICE CORP (X) | A | Dividend | J | T | | | | | |
| 274. SILGAN HLDGS (X) | A | Dividend | J | T | | | | | |
| 275. SKYWEST (X) | A | Dividend | J | T | | | | | |
| 276. SPROUTS FARMERS MARKET (X) | A | Dividend | J | T | | | | | |
| 277. SUMMIT HOTEL (X) | A | Dividend | J | T | | | | | |
| 278. SYNEOS HLTH (X) | A | Dividend | J | T | | | | | |
| 279. TARGET CORP | A | Dividend | J | T | | | | | |
| 280. TELUS | A | Dividend | J | T | | | | | |
| 281. TERNA | A | Dividend | J | T | | | | | |
| 282. TEXAS INSTRUMENTS | A | Dividend | K | T | Sold (part) | 07/31/19 | J | A | |
| 283. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Sold (part) | 12/18/19 | J | A | |
| 284. TRAVELERS | A | Dividend | J | T | | | | | |
| 285. TYLER TECHS | | None | | | Sold | 10/25/19 | J | B | |
| 286. TOTAL | A | Dividend | J | T | | | | | |
| 287. TRUIST FINCL (X) | A | Dividend | J | T | | | | | |
| 288. TAKEDA (X) | A | Dividend | J | T | | | | | |
| 289. TOWER SEMI (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. TRISTATE CAP (X) | A | Dividend | J | T | | | | | |
| 291. TRITON INTL (X) | A | Dividend | J | T | | | | | |
| 292. UNILEVER PLC | A | Dividend | J | T | | | | | |
| 293. UNION PACIFIC | A | Dividend | J | T | | | | | |
| 294. UNITED HEALTH GROUP | A | Dividend | J | T | Sold (part) | 12/20/19 | J | A | |
| 295. US BANCORP | A | Dividend | J | T | | | | | |
| 296. UNITED PARCEL SVC | A | Dividend | J | T | | | | | |
| 297. UNIVERSAL FOREST PRODS | A | Dividend | | | Sold | 10/10/19 | J | B | |
| 298. US CONCRETE | A | Dividend | J | T | | | | | |
| 299. VALERO ENERGY | A | Dividend | J | T | | | | | |
| 300. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 301. VODAFONE GRP | A | Dividend | | | Sold | 05/15/19 | J | | |
| 302. VERITEX HLDGS (X) | A | Dividend | | | Sold | 10/25/19 | J | | |
| 303. WEC ENERGY GRP | A | Dividend | J | T | Sold (part) | 09/27/19 | J | A | |
| 304. WELLSTOWER | A | Dividend | J | T | | | | | |
| 305. WELLS FARGO & CO | A | Dividend | J | T | Sold (part) | 10/23/19 | J | A | |
| 306. WESTPAC (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  WEX | | None | | | Sold | 10/25/19 | J | B | |
| 308.  WHIRLPOOL | | None | | | Sold | 03/26/19 | J | | |
| 309.  WILLIAMS COS | A | Dividend | J | T | | | | | |
| 310.  WASHINGTON FED (X) | A | Dividend | J | T | | | | | |
| 311.  WESBANCO (X) | A | Dividend | J | T | | | | | |
| 312.  WINTRUST FINCL (X) | A | Dividend | J | T | | | | | |
| 313.  WNS HLDGS (X) | A | Dividend | J | T | | | | | |
| 314.  WILLDAN GRP (X) | A | Dividend | | | Sold | 10/28/19 | J | A | |
| 315.  XCEL ENERGY | A | Dividend | | | Sold | 10/02/19 | J | B | |
| 316.  3M CO | A | Dividend | J | T | Sold<br>(part) | 12/13/19 | J | A | |
| 317.  AAM BAHL & GAYNOR | A | Dividend | J | T | Buy | 05/07/19 | J | | |
| 318.  GUGGENHEIM ENERGY & INCOME<br>FUND | C | Dividend | K | T | | | | | |
| 319.  ISHARES CORE S&P US GROWTH | A | Dividend | J | T | | | | | |
| 320.  ISHARES CORE S&P US VALUE | A | Dividend | J | T | | | | | |
| 321.  VANGUARD FTSE DEVELOPED MKTS | A | Dividend | J | T | | | | | |
| 322. | | | | | | | | | |
| 323. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. | | | | | | | | | |
| 328. | | | | | | | | | |
| 329. | | | | | | | | | |
| 330. | | | | | | | | | |
| 331. | | | | | | | | | |
| 332. | | | | | | | | | |
| 333. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TUCKER, PETRESE B.** | 07/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 07/30/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ PETRESE B. TUCKER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544